JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 17-2864-JFW (SSx)** | Dated: **April 26, 2017** |
| Title: | Tristina Cole -v- ARS National Services, Inc. | |
| | | |
| Case No. | **CV 17-2875-JFW (SSx)** | |
| Title: | Tristina Cole -v- ARS National Services, Inc. | |

PRESENT:  HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Shannon Reilly | Miranda Algorri |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

Tristina Cole, pro se                                         Sean P. Flynn

**PROCEEDINGS:    COURT TRIAL**

Case called, and counsel make their appearance.

Court Trial is not held.

For the reasons stated on the record, the Court grants the plaintiff's motion to dismiss any federal claims that might be alleged in each case, without prejudice, and makes the following order:

• In light of the fact that the Court has dismissed the only claims over which this Court has original jurisdiction and after considering judicial economy, convenience, and fairness, the Court declines to exercise supplemental jurisdiction over the plaintiff's state law claims pursuant to 28 U.S.C. § 1367(c)(3). Accordingly, **Case Nos. CV 17-2864-JFW (SSx) and CV 17-2875-JFW (SSx) are remanded to state court.**

The Court issues an Order to Show Cause why defense counsel should not be sanctioned in the amount of $5,000 for the improper removal of Case No. CV 17-2875-JFW (SSx).  A separate minute order will issue regarding the Order to Show Cause.

Initials of Deputy Clerk __sr__
17-2864 (0/10) - 17-2875 (0/10)